

2003 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-14-2003

# Laverdure v. Montgomery

Precedential or Non-Precedential: Precedential

Docket 02-2773

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2003

Recommended Citation

"Laverdure v. Montgomery" (2003). *2003 Decisions.* Paper 587.
http://digitalcommons.law.villanova.edu/thirdcircuit_2003/587

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2003 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

PRECEDENTIAL

Filed April 14, 2003

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 02-2773

KELLY LAVERDURE,

Appellant

v.

COUNTY OF MONTGOMERY;
MICHAEL D. MARINO

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 01-cv-02542)
District Judge: Honorable Harvey Bartle, III

Argued: January 23, 2003

Before: NYGAARD, AMBRO and LOURIE,*
*Circuit Judges*

(Opinion filed: April 2, 2003)

Joseph A. O'Keefe, Esquire (Argued)
O'Keefe & Sher
15019 Kutztown Road
Kutztown, PA 19530

---

* Honorable Alan D. Lourie, United States Circuit Judge for the Federal Circuit, sitting by designation.

John V. Ryan, Esquire
2071 Tulpehocken Road
Wyomissing, PA

*Attorneys for Appellant*

Joseph J. Santarone, Jr., Esquire
John J. Hare, Esquire (Argued)
Marshall, Dennehey, Warner
Coleman & Goggin
One Montgomery Plaza, 10th Floor
Norristown, PA 19401

*Attorneys for Appellee*

---

## ORDER AMENDING SLIP OPINION

AMBRO, *Circuit Judge*:

It is now ordered that the published Opinion in the above case filed April 2, 2003, be amended as follows:

On page 2, line 6 of the caption following the name "Joseph J Santarone, Jr., Esquire", delete "(Argued)", and insert "(Argued)" instead on the following line immediately after the name "John J. Hare, Esquire".

By the Court,

/s/ Thomas L. Ambro
Circuit Judge

Dated: April 14, 2003

A True Copy:
　　　　Teste:

*Clerk of the United States Court of Appeals*
*for the Third Circuit*